Argued June 23, affirmed June 23, 1972

STATE OF OREGON, *Respondent, v.* ELDORA
MAE ENGOLS (No. C-71-10-3229), *Appellant.*
497 P2d 1215

*Darrell E. Bewley,* Portland, argued the cause for
appellant. With him on the briefs was Francis F.
Yunker, Portland.

*John H. Clough,* Assistant Attorney General, Sa-
lem, argued the cause for respondent. With him on the
brief were Lee Johnson, Attorney General, and John
W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and
THORNTON, Judges.

AFFIRMED FROM THE BENCH.